KENNETH A. FEINSWOG
Bar No. 129562
6701 Center Drive West, Suite 610
Los Angeles, California 90045
Telephone: (310) 846-5800
Facsimile: (310) 310-846-5801
kfeinswog@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROTHERS ENTERTAINMENT MERCHANDISING, INC., a California Corporation )<br><br>Plaintiffs, )<br><br>v. )<br><br>VARIOUS JOHN DOES, JANE DOES, and ABC COMPANIES )<br><br>Defendants. ) | **CIVIL CASE NO.**<br>**2:09-cv-00912-FCD-JFM**<br><br><u>**ORDER OF DISMISSAL**</u> |

IT IS HEREBY ORDERED that:

1.    The above-referenced action is hereby dismissed without prejudice;

2.    Plaintiff is authorized to dispose of all merchandise seized in the above-referenced action; and

3.    The Clerk of the Court is hereby directed to return the $20,000.00 cash bond posted by plaintiff's counsel.

Dated: February 17, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE